UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**This cover sheet should be sent to <u>ONE</u> of the following addresses:**

| | |
|---|---|
| **Kansas City** | kcgen@mow.uscourts.gov |
| **Jefferson City** | jcgen@mow.uscourts.gov |
| **Springfield** | spfdgen@mow.uscourts.gov |

**Plaintiff(s):** United States of America

County of Residence: Outside State of Missouri

County Where Claim For Relief Arose: Johnson

**Defendant(s):** A. Blair Stover Jr.

County of Residence: Platte

Plaintiff's Atty(s):

**Charles Thomas , Assistant United States Attorney** ( United States of America )
**Charles Evans Whittaker Courthouse**
**400 East Ninth Street, Room 5510**
**Kansas City, Missouri  64106**
**(816) 426-3130**

**Allyson Baker , Trial Attorney** ( United States of America )
**U.S. Department of Justice, Tax Division**
**P.O. Box 7238**
**Washington, DC  20044**
**202-353-8031**

Defendant's Atty(s):

<u>II. Basis of Jurisdiction:</u>    **1. U.S. Gov't Plaintiff**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

<u>IV. Origin</u> :                    **1. Original Proceeding**

<u>V. Nature of Suit</u>:              **870 Taxes US Plaintiff or Defendant**

<u>VI.Cause of Action:</u>            **26 U.S.C. sections 7402(a) and 7408.**

<u>VII. Requested in Complaint</u>
        Class Action:
      Dollar Demand:
        Jury Demand: **No**

**Signature:  <u>Charles M. Thomas</u>**

   **Date:  <u>02/21/08</u>**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print properly.**                    Revised: 05/09/06